UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT DAMJANOVIC, | ) | CASE NO. CV 08-542-JHN (FFM) |
| Petitioner, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| D.K. SISTO, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 1/28/11

_____
JACQUELINE H. NGUYEN
United States District Judge